# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**                           **CASE NO. 15-22333-RBR**
**DOUGLASS M CREIGHTON**                **CHAPTER 13**

**Debtor,**
_____/

## MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY

The Debtor, **DOUGLASS CREIGHTON** (hereinafter referred to as Debtor), by his counsel, respectfully move this Court for order avoiding judicial lien on real property, and in support thereof would show as follows:

1. On July 8, 2015, the Debtor filed a voluntary petition for relief under Chapter 13 of title 11 of the United States Code.

2. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C §522(f) to avoid and cancel a judicial lien held by Midland Funding LLC as successor in interest to CitiBank/ Sears Gold Master card, on property held by Debtors.

3. On October 12, 2010 Midland Funding LLC as successor in interest to CitiBank/ Sears Gold Master card recorded a judicial lien against the Debtors' homestead located 660 NE 8th Court Pompano Beach, FL 33060. Said judicial lien is entered of record as instrument No. 109637240 in the public records of Broward County.

4. Debtors' interest in the subject real property is encumbered by the lien and has been claimed as fully exempt in the pending bankruptcy case.

5. The existence of Midland Funding LLC as successor in interest to CitiBank/ Sears Gold Master card lien on Debtors' real property impairs exemptions to which the Debtors would be entitled under 11 U.S.C § 522(b).

**WHEREFORE,** the Debtor Douglass Creighton respectfully move this court to enter an order avoiding and canceling judicial lien in the above mentioned property, and for such additional or alternative relief as may be just and proper.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 266-1150
Fax: (888) 554-5607
e-mail:  bk@coronapa.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and proposed Order were served on the  8th  day of April, 2015 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 266-1150
e-mail:  bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 2015-22333-RBR**

| | | |
|---|---|---|
| **Office of US Trustee** | **Robin R Weiner** | **Douglass Creighton** |
| 51 SW 1st Avenue, Ste 1204 | POB 559007 | 660 NE 8th Court |
| Miami, FL 33130 | Fort Lauderdale, FL 33355 | Pompano Beach FL 33060 |

**CitiBank, N.A**
701 East 60th St North
Sioux falls, Sd 57117

**CitiBank, N.A**
Michael Corbat, CEO
701 East 60th St North
Sioux falls, Sd 57117

**Midland Credit Management Inc**
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255