

ORDERED in the Southern District of Florida on May 18, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**In re:**
**DOUGLASS CREIGHTON**                    **CASE NO.: 15-22333-RBR**
                                          **CHAPTER: 13**

          **Debtors          /**

**ORDER ON MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY, DE #54**

THIS MATTER came before the Court on May 12, 2016, upon the Debtor, **DOUGLASS CREIGHTON'S**, Motion to Avoid Judicial Lien on Real Property, D.E. #54 (the "Motion"). Having considered the Motion, the reasons stated on the record, and being otherwise fully advised in the premises it is;

**ORDERED** as follows:

1. The Debtors' Motion, D.E. #54, is hereby **GRANTED**,

###

Submitted by:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).